[No. 12680-3-III.    Division Three.    June 14, 1994.]

MICHAEL D. TAROLA, *Respondent*, v. CAROL A.
ARRASMITH, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whitman County, No. 92-2-00020-1, Wallis W. Friel, J., entered August 21, 1992. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[Nos. 11813-4-III; 12915-2-III.    Division Three.    June 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO
ROCHA, *Appellant*.

*In the Matter of the Personal Restraint of* IGNACIO
ROCHA, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 90-1-00270-8, Evan E. Sperline, J., entered July 19, 1991, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 12299-9-III.    Division Three.    June 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL
R. BOARD, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 91-1-00097-6, Carol A. Wardell, J., entered March 17, 1994. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Schultheis, J., Sweeney, J., dissenting.